HERMAN A. HAEUSSLER, Respondent, *v.* JAMES J. MCBRIDE and PATRICK DRISCOLL, Appellants.

1. *Supreme Court — Failure to prosecute appeal — Judgment affirmed.*—When it appears from the transcript of the judgment and proceedings in the Circuit Court that appellant has failed to prosecute his appeal within the time prescribed by law, the judgment of the Circuit Court will, on motion, be affirmed.

*Appeal from St. Louis Circuit Court.*

*H. A. Haeussler, in propria persona.*

*Lackland, Martin & Lackland,* for appellants.

BLISS, Judge, delivered the opinion of the court.

The respondent brings the transcript of the judgment and proceedings in the Circuit Court, and moves for an affirmance of the judgment.

It appears from the record that judgment was rendered against the defendants at the June term, 1869, of the Circuit Court of St. Louis county, which was affirmed at the October term in general term, from which defendant Driscoll appealed to this court.

Having failed prosecute his appeal, the judgment of the Circuit Court is affirmed. The other judges concur.